737 A.2d 248

**Gregory C. DIXON, Appellee,**

v.

**CITY OF PITTSBURGH, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1999.

Decided Oct. 4, 1999.

Virginia Spencer Scott, Jacqueline R. Morrow, Pittsburgh, for City of Pittsburgh.

Keithley D. Mulvihill, Susan E. Malie, Pittsburgh, for Gregory Dixon.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.